UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CINDY L. HOFFERBER,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C19-5636 BHS<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff Cindy Hofferber applies to proceed *in forma pauperis* ("IFP") for an action seeking judicial review of the administration denying Plaintiff's application for Social Security benefits. IFP Appl. (Dkt. # 1). For the reasons discussed below, the Court DENIES Plaintiff's IFP application.

The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigence. *See* 28 U.S.C. § 1915(a). "To qualify for *in forma pauperis* status, a civil litigant must demonstrate both that the litigant is unable to pay court fees and that the claims he or she seeks to pursue are not frivolous." *Ogunsalu v. Nair*, 117 F. App'x 522, 523 (9th Cir. 2004), *cert. denied*, 544 U.S. 1051 (2005). To meet the first prong of this test, a litigant must show that he or she "cannot because of his poverty pay or give security for the costs and still be able to provide

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

himself and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948) (internal alterations omitted).

Plaintiff has not shown that she is unable to pay the full filing fee to proceed with this lawsuit. Plaintiff reports that her spouse has monthly take-home pay of $5,014.00, and reports monthly expenses of $4,400.00. IFP Appl. at 1-2. Plaintiff's report demonstrates that she has enough available to cover the one-time $400.00 filing fee. Plaintiff has failed to demonstrate that he "cannot because of his poverty pay or give security for the costs and still be able to provide himself . . . with the necessities of life." *See Adkins*, 335 U.S. at 339 (internal alterations omitted).

Accordingly, the Court DENIES Plaintiff's IFP application. Plaintiff has 30 days from the date of this order to pay the full $400.00 filing fee. If the Court does not receive the filing fee within 30 days, the Court will dismiss this action without prejudice.

Dated this 16th day of July, 2019.

BENJAMIN H. SETTLE
United States District Judge